IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KEILA FRANKS, by and through her next
friend and mother Pamela Auble;
BRYANNA SHELTON, by and through her
next friend and mother, Angie Wright;
EMILY LOGAN, by and through
her next friend and father, Andy Logan;
and KARYN STORTS-BRINKS,
    Plaintiffs,

v.                                                   CIVIL ACTION NO. 3:09-00446

METROPOLITAN BOARD OF PUBLIC
EDUCATION; JESSIE REGISTER, in his
official capacity as Director of Schools for
Metropolitan Nashville Public Schools; KNOX
COUNTY SCHOOLS BOARD
OF EDUCATION; and JAMES MCINTYRE, in
his official capacity as Superintendant of
Knox County Schools,
    Defendants.

## PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE

Plaintiffs do not oppose June Griffin's Motion To Intervene.


Respectfully submitted this 12th day of June, 2009.


                                                                         __/s/ Tricia R. Herzfeld_____
                                                                         Tricia R. Herzfeld (BPR #026014)
                                                                         American Civil Liberties Union
                                                                         Foundation of Tennessee
                                                                         P.O. Box 120160
                                                                         Nashville, TN 37212
                                                                         (615) 320-7142 (phone)
                                                                          (615) 320-7260 (fax)
                                                                          tricia@aclu-tn.org

                                                                          Catherine Crump
                                                                          Christopher A. Hansen
                                                                          American Civil Liberties Union

1

Foundation
125 Broad Street, 17th Floor
New York, NY 10004
(212) 549-2500 (phone)
(212) 549-2651 (fax)
ccrump@aclu.org
chansen@aclu.org

Christine P. Sun (BPR No. 026138)
American Civil Liberties Union Foundation, LGBT Project
P.O. Box 120160
Nashville, TN 37212
(615) 329-9934 (phone)
(615) 329-9796 (fax)
csun@aclu.org

Counsel for plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Response To Motion To Intervene was filed electronically this 12th day of June, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

William S. Lockett, Jr.
400 Main Avenue, Suite 612
Knoxville, TN 37902

Allison L. Bussell
Keli L. Oliver
Suite 108 Metropolitan Courthouse
Nashville, TN 37219

                                                                                                /s/ Tricia R. Herzfeld
                                                                                               Tricia R. Herzfeld