IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KEILA FRANKS, by and through her next
Friend and mother Pamela Auble;
BRYANNA SHELTON, by and through her
next friend and mother, Angie Weight;
EMILY LOGAN, by and through
her next friend and father, Andy Logan,
And KARYN STORTS-BRINKS,
        Plaintiffs,

v.                          CIVIL ACTION NO. 3:09CV0446

METROPOLITAN BOARD OF PUBLIC
EDUCATION, JESSIE REGISTER, in his
official capacity as Director of Schools for
Metropolitan Nashville Public Schools, KNOX
COUNTY SCHOOLS BOARD
OF EDUCATION and JAMES MCINTYRE, in
his official capacity as Superintendent of
Knox County Schools,
        Defendants.

*ORDER*
*This motion*
*is GRANTED*
*[signature]*
*USDJ*
*6-18-09*

## MOTION TO INTERVENE

Comes Citizen, United States and Tennessee Taxpayer June Griffin in this Motion hereafter referred to as "Intervener," acting in her capacity as pro se litigant requesting this Honorable Court to allow intervention in the above-styled case for the following reasons:

1. Intervener is a person of high moral character, a Christian, Bible teacher and pastor of the American Bible Protestant Church and as such is concerned with the damage done to students subjected to immorality and perversion as would be introduced, promoted and inculcated should the desires of the Plaintiffs be granted. Intervener is in doubt as to whether other defendants would consider this moral issue, rather she believes defenses would be more inclined to satisfy irrelevant rules and technicalities.
2. The use of tax dollars under 42 USC 1988, section of Plaintiffs' Complaint under "Relief," involves an award of attorneys' fees and costs which ultimately emanates from the Taxpayer's Federal involvement through the Department of Education and Federal Income Tax.