IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KEILA FRANKS, by and through her next
friend and mother Pamela Auble;
BRYANNA SHELTON, by and through her
next friend and mother, Angie Wright;
EMILY LOGAN, by and through
her next friend and father, Andy Logan;
and KARYN STORTS-BRINKS,
        Plaintiffs,

v.                                               CIVIL ACTION NO. 3:09-00446

METROPOLITAN BOARD OF PUBLIC
EDUCATION; JESSIE REGISTER, in his
official capacity as Director of Schools for
Metropolitan Nashville Public Schools; KNOX
COUNTY SCHOOLS BOARD
OF EDUCATION; and JAMES MCINTYRE, in
his official capacity as Superintendant of
Knox County Schools,
        Defendants.

v.

JUNE GRIFFIN, individual taxpayer,
        Intervenor-Countercomplainant.

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the joint motion of plaintiffs and defendants, all claims against defendants in this lawsuit are dismissed, with prejudice. This Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Settlement Agreement entered into by plaintiffs and defendants, a copy of which has been filed with the Court. Each party shall bear its own costs and fees.

IT IS SO ORDERED.


DATED this ___ day of July, 2009

                                                                             _____
                                                                             William J. Haynes
                                                                             United States District Court Judge

Submitted and approved by:

   */s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (BPR No. 026014)
American Civil Liberties Union Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142 (phone)
(615) 320-7260 (fax)
tricia@aclu-tn.org

Catherine Crump
Christopher A. Hansen
American Civil Liberties Union
Foundation
125 Broad Street, 17th Floor
New York, NY 10004
(212) 549-2500 (phone)
(212) 549-2651 (fax)
ccrump@aclu.org
chansen@aclu.org

Christine P. Sun (BPR No. 026138)
American Civil Liberties Union Foundation, LGBT Project
P.O. Box 120160
Nashville, TN 37212
(615) 329-9934 (phone)
(615) 329-9796 (fax)
csun@aclu.org

*Counsel for plaintiffs*

   */s/ William S. Lockett, Jr.*
William S. Lockett, Jr.
400 Main Avenue, Suite 612
Knoxville, TN 37902

*Counsel for Defendants Knox County Board*
*of Education and James McIntyre in his*
*Official Capacity*

   */s/ Keli J. Oliver*
Keli J. Oliver
Allison L. Bussell
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219

*Counsel for Defendants Metropolitan Board of*
*Public Education and Jessie Register, in his*
*official capacity*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically this 30th day of July, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to those parties indicated on the electronic filing receipts. All other parties will be served by U.S. mail.

June Griffin
522 Crestview
Dayton, TN 37321

                                             __/s/ Tricia R. Herzfeld_____
                                             Tricia R. Herzfeld