IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KEILA FRANKS, by and through her next
friend and mother Pamela Auble;
BRYANNA SHELTON, by and through her
next friend and mother, Angie Wright;
EMILY LOGAN, by and through
her next friend and father, Andy Logan;
and KARYN STORTS-BRINKS,
    Plaintiffs,

v.                                                          CIVIL ACTION NO. 3:09-00446

METROPOLITAN BOARD OF PUBLIC
EDUCATION; JESSIE REGISTER, in his
official capacity as Director of Schools for
Metropolitan Nashville Public Schools; KNOX
COUNTY SCHOOLS BOARD
OF EDUCATION; and JAMES MCINTYRE, in
his official capacity as Superintendant of
Knox County Schools,
    Defendants.

v.

JUNE GRIFFIN, individual taxpayer,
    Intervenor-Countercomplainant.

## JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL

Plaintiffs and defendants jointly move this Court for an order dismissing all of plaintiffs' claims against defendants with prejudice. As grounds for this motion, these parties state to the Court as follows:

On May 19, 2009, plaintiffs filed suit seeking permanent injunctive and declaratory relief against defendants' alleged censorship of political and educational websites that provide information regarding, support, promote, or cater to one's sexual orientation or gender identity including but not limited to lesbian, gay, bi-sexual, and

1