IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KEILA FRANKS, by and through her next
friend and mother Pamela Auble;
BRYANNA SHELTON, by and through her
next friend and mother, Angie Wright;
EMILY LOGAN, by and through
her next friend and father, Andy Logan;
and KARYN STORTS-BRINKS,
    Plaintiffs,

v.                                  CIVIL ACTION NO. 3:09-00446

METROPOLITAN BOARD OF PUBLIC
EDUCATION; JESSIE REGISTER, in his
official capacity as Director of Schools for
Metropolitan Nashville Public Schools; KNOX
COUNTY SCHOOLS BOARD
OF EDUCATION; and JAMES MCINTYRE, in
his official capacity as Superintendant of
Knox County Schools,
    Defendants.

v.

JUNE GRIFFIN, individual taxpayer,
    Intervenor-Countercomplainant.

## ORDER OF DISMISSAL

Pursuant to the joint motion of plaintiffs and defendants, all claims against defendants in this lawsuit are dismissed, with prejudice. This Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Settlement Agreement entered into by plaintiffs and defendants, a copy of which has been filed with the Court. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED this _10th_ day of July, 2009

                                                William J. Haynes
                                              United States District Court Judge